# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiff,<br><br>vs.<br><br>CHRIS SAVAGE, Kootenai National Forest Supervisor, *et al.*,<br><br>Defendants. | CV 18–67–M–DWM<br><br>ORDER |

Defendants having moved unopposed to stay this case in light of the lapse in appropriations,

IT IS ORDERED that Defendants' motion (Doc. 24) is DENIED. Defendants shall file their answer to the Amended Complaint on or before January 15, 2019.

Dated this 10th day of January, 2019.

Donald W. Molloy, District Judge
United States District Court

FILED JAN 10 2019 Clerk, U.S Courts District Of Montana Missoula Division