**FILED**

FEB 14 2019

Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, <br><br> Plaintiff, <br><br> vs. <br><br> CHRIS SAVAGE, Kootenai National Forest Supervisor, *et al.*, <br><br> Defendants. | CV 18–67–M–DWM <br><br><br> ORDER |

The parties having filed a Joint Case Management Plan,

IT IS ORDERED that the parties' proposed schedule (Doc. 29) is ADOPTED and will govern the proceedings in this case going forward.

Dated this 14th day of February, 2019.

Donald W. Molloy, District Judge
United States District Court