JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Section Chief
JOHN P. TUSTIN, Senior Attorney
Natural Resources Section
SARAH J. SHEFFIELD, Trial Attorney
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  (202) 305-3022 (Tustin)
        (202) 305-0211 (Sheffield)
Fax:    (202) 305-0506 (Tustin)
        (202) 305-0275 (Sheffield)

KURT G. ALME
United States Attorney

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, ) | |
| ) | Case No. 9:18-cv-0067-DWM |
| Plaintiff, ) | |
| ) | |
| v. ) | DEFENDANTS' CROSS- |
| ) | MOTION FOR SUMMARY |
| CHERYL PROBERT, Kootenai National ) | JUDGMENT |
| Forest Supervisor, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendants Cheryl Probert, in her official capacity as the Kootenai National Acting Forest Supervisor, Jeanne Higgins, in her official capacity as the Idaho Panhandle Forest Supervisor, Carolyn Upton, in her official capacity as the Lolo National Forest Supervisor, Leanne Marten, in her official capacity as the Region One Regional Forester, the United States Forest Service, and the United States Fish and Wildlife Service hereby move for summary judgment in the above-captioned case.

This motion is supported by a concurrently filed brief in support of Defendants' motion and in opposition to Plaintiff's motion, a declaration attached as an exhibit to the brief, a concurrently filed Statement of Undisputed Facts, a concurrently filed Statement of Genuine Issues with Plaintiff's Statement of Undisputed Facts, all documents included in the Administrative Record and on file with the Court in this action, and upon such oral and/or documentary evidence as may be presented at, before, and after the hearing of this motion.

Dated: June 20, 2019

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief

JOHN P. TUSTIN, Senior Attorney
Natural Resources Section


*/s/ Sarah J. Sheffield*
SARAH J. SHEFFIELD
Trial Attorney (HI Bar 10415)
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0211
Fax:    (202) 305-0275
sarah.sheffield@usdoj.gov


KURT G. ALME
United States Attorney

*Attorneys for Defendants*