# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, | CV 18-67-M-DWM |
| Plaintiff, | JUDGMENT |
| vs. | |
| CHERYL PROBERT, Kootenai National Forest Supervisor, *et al.*, | |
| Defendants. | |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED, in accordance with the Court's Opinion and Order filed this date (Doc. 48), that judgment is entered in favor of the Plaintiffs. This matter is remanded to the agencies to reinitiate consultation for both the Access Amendments and the Pilgrim Project and prepare a supplemental EIS for the Pilgrim Project.

Dated this 3rd day of October, 2019.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk