IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiff,<br><br>vs.<br><br>CHERYL PROBERT, Kootenai National Forest Supervisor, *et al.*,<br><br>Defendants. | CV 18–67–M–DWM<br><br>ORDER |

Defendants having moved unopposed to stay briefing on Alliance's pending motion for attorneys' fees and application for taxation of costs, (Docs. 50, 52),

IT IS ORDERED that Defendants' motion (Doc. 53) is GRANTED in PART. The deadlines by which Defendants must respond to Alliance's motion and application is extended to December 23, 2019, or twenty-one (21) days after Defendants' December 2, 2019 deadline to file a notice of appeal. In the event that an appeal is filed, Alliance's motion and application (Docs. 50, 52) shall be denied subject to renewal no later than thirty (30) days after all appellate proceedings have been completed.

Dated this 22nd day of October, 2019.

Donald W. Molloy, District Judge
United States District Court