IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
DEC 03 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiff,<br><br>vs.<br><br>CHERYL PROBERT, Kootenai National Forest Supervisor, *et al.*,<br><br>Defendants. | CV 18–67–M–DWM<br><br>ORDER |

Defendants having filed their Notice of Appeal, (Doc. 55),

IT IS ORDERED that Plaintiff's motion for attorneys' fees, (Doc. 50), and application for costs, (Doc. 52) are DENIED subject to renewal no later than thirty (30) days after all appellate proceedings have been completed.

Dated this 3rd day of December, 2019.

Donald W. Molloy, District Judge
United States District Court